21-1035 AFA, Inc. v. UUSI and Ms. Degney. Good morning, Your Honors. May it please the Court, Lauren Degney for AFA. I want to start with the Court's failure to take up the combination of Chu and Schwartzbach relating to the supply voltage limitation. The Board abuses discretion because the petition and certainly the reply put the Board on notice of the theory of invalidity. And so what I thought I would do is start with the petition and briefly highlight a few areas. And in the petition, starting at Appendix 264, it identifies the signal generation circuitry generating a scanned signal with a peak voltage of 30 volts and the signal generator circuitry is the oscillator. Every time the petition talks about a specific voltage in Chu, it references that 30 volts. It talks specifically to compare the 30 volts to the 15-volt input, the supply voltage, and that was enough to put everyone on notice. You're talking about Chu. The Chu reference. Yes, Your Honor. All right. And that was enough to put the Board and USI on notice that our theory with respect to the limitation of the supply voltage being less than the oscillator voltage relied on the 30 volts of Chu. Well, now, you refer to, at this point, the 30 volts as being the peak voltage, which is the language that's used in Claim 94. You don't use the term oscillator voltage here, which is the term that's used in Claim 37. And this is just a general overview of Chu. My problem with your position is that when you get to the description of Chu itself, I mean, of Claim 37 itself, and talk about Chu, then there's no reference at all to the 30-volt theory. So I agree that on the particular page on 37, it doesn't reiterate the 30 volts. I mean, the whole section of 37, which is about 30 pages, does not have a single reference to the 30-volt theory. Well, what it does do is, on page 278, it refers to the microprocessor 90 having a voltage and referring back to section 3.A.4, which, again, talks about the supply voltage of, excuse me, the output voltage of the signal generator circuitry of microprocessor 90 being greater. And again, I know 30 volts doesn't appear there, but literally on the previous page, when talking about that same concept, they used the word 30 volts. And if there's any lack of clarity, the reply has certainly put an end to that. Wait, what is it on the previous page referring to the 30 volts? Sure, so if we look to... 278 is what you're referring to. I'm sorry, so 278 referred us back to section 3.A.4, which is on page 267. And then on the previous page, 266, again, it's referring to the voltage of the microprocessor 90 being 30 volts. I agree, it wasn't repeated, the 30 volts. The peak voltage, not the oscillator voltage. That's true, but again, the oscillator is defined as the signal generator circuitry. And the oscillator, do you agree that the oscillator is the portion of the... In Chu, is the portion on Chu's figure, I think it's 6A, the portion of the TM-S1670 microprocessor that's in your diagram is colored K0 through R0? That is the signal generator circuitry that we are pointing to for the oscillator. And that's the oscillator, right? That is what we're pointing to as the oscillator, yes, Your Honor. Right, and that does not include, I take it, the driver circuit? No, it does not. Okay. So that's the problem, right? I mean, the confusion I have is exactly on the point that Judge Bryson is making, that in 94, you certainly talk about the voltage, the peak voltage, as the voltage measured at 30 volts after it's gone through the driver circuit. How do we know that for claim 37, when we're talking about oscillator voltage, we're not talking about, let's take the 6A that's on 287 of the appendix, where you talk about the periodic output signal coming, that's what precedes it. How do we know we're not talking about exclusively that, and not what you describe in 94 as the peak voltage being something that happens after it goes through the driver circuit? How do we know that? So I would have a couple of points for that. First, the driver circuit is simply amplifying the signal, the scan, the periodic output voltage that comes from the oscillator circuit. And amplification doesn't change the fundamental nature of, it's still an oscillating signal generated by the oscillator that is ultimately delivered to the touchpad array. And so in that context, you see, even in 287, the pink signals, the ones that are highlighted in sort of a fuchsia pink, they're also periodic output signals. And so the discussion is that we've got these periodic output signals, they are in fact amplified, but amplification, again, doesn't change the fundamental nature and it's really not that different from element 230 in figure six of the 183 patent. In terms of, in figure six of the 183 patent, there's an oscillation, a wave generated and then boosted up to a higher voltage. And in that part of the 183 patent, it describes the oscillator as including the driver circuit, right? It includes this circuit 230, which does the amplification. I don't think it calls it a driver circuit. So now I'm confused, because in answer to Judge Bryson's question, you said in CHU, the oscillator doesn't include the driver circuit, but in 183, it does include the driver circuit. So in terms of reading the patent here, when we're talking about an oscillator, should we use the CHU definition, which doesn't include the driver circuit, or the patent definition, which does include the driver circuit? So I think we want to go back to the claim language. It simply says an oscillator voltage, which is the voltage of a signal being generated by what we're calling the oscillator. Okay, but you understand my question. We've got two different definitions of oscillator, as I understand it. One in the patent, which includes the driver circuit, and one in CHU that doesn't include the driver circuit. Am I correct about that? So I'm not sure I'd call either a definition. I think we're certainly, things are pointed. Well, I'll just withdraw the word definition. In CHU, the oscillator doesn't include the driver circuit. In the patent, it does include the driver circuit, correct? The way it is drawn in the patent, that is correct. But the core function of the oscillator circuit is to generate this periodic output wave. No, no, no, wait, wait, wait. Am I correct that we have two different meanings of oscillator? One in CHU, where it doesn't include the driver circuit, and one in the 183 patent, where it does, right? I would say the embodiment that we're talking about in the 183 patent doesn't, the oscillator includes both something that generates an oscillating signal and something that amplifies that signal. So in reading claim 37, how do we view the term oscillator? Does the term oscillator in claim 37 include the driver circuit? It doesn't have to. It doesn't have to? I'm not saying it wouldn't. The idea is the oscillator is something that is generating, according to the claim language, this periodic output signal, and that's what matters. Well, how do we know, but you have to show and have shown the board is that the 30 voltage is the product of the oscillator signal. No? What am I missing? No, we agree with you in what we're saying. And how do you do that when the description of the 30 voltage is the peak voltage that you described clearly in 94 is coming after the driver circuit? I think that's the same thing that Judge Dyke is getting at. If you concede, so if you're conceding that the oscillator voltage is before you get to the driver circuit, how do we know that that's the 30 volts in CHU? We're not conceding that the claimed oscillator voltage is before you get to the driver circuit. The oscillator voltage is the voltage of a signal, an oscillating signal that's generated by the oscillator. It can go through other components that don't materially change its nature. But if the oscillator, I have difficulty with that argument, but the question seems to me is what's meant by oscillator in the patent in claim 37? And whether it includes the driver circuit or doesn't include the driver circuit. If it doesn't include the driver circuit, you're in trouble. If it does include the driver circuit, maybe there's an argument. And I'm not sure that I'm understanding what you're saying. You seem to be saying, well, it doesn't matter whether it includes the driver circuit or not because the signal, even when it gets to the input portion, has been amplified and at least you've got peak voltage there of 30. But you have a problem if the term oscillator is defined by CHU rather than the patent. You have a problem if the oscillator doesn't include the driver circuit. And you seem to be saying, well, I don't know whether it includes the driver circuit or not. I would say as a matter of claim construction, it does not have to include an amplifier. That the oscillator, according to the claim, is generating this periodic output signal. That is what it needs to do according to the claim language. And context can matter. And so in CHU, the signal generation circuitry is the oscillator that generates this oscillating signal. This oscillating signal is amplified. Are you then agreeing that the term oscillator in the 183 patent does not include driver circuit? I would say an embodiment in the patent does include this element 230, which is essentially similar to a driver circuit. It amplifies. But I would not say it defines it that way. Let me see if I understand. Are you saying that the signal that's coming out of the TMS 1670 and what has been called the oscillator, which is on figure 6A at page 287 of your petition is in blue. That's the oscillator, right? Yes. All right. And that signal is the oscillator voltage, correct? Coming out of that oscillator. I disagree. I disagree. I would say that that is a signal that has a voltage that can qualify as an oscillator voltage. Well, let me read from 277. This is your petition. At the bottom of the page, you say, a procedure would have understood that the output voltage of the signal generator circuitry, parenthesis, the oscillator voltage, in the TMS 1670 microprocessor system is greater than the supply voltage. That, it seems to me, the periodic output signal, which is between the oscillator and the driver signal, the circuit, as I read your petition. Isn't that correct? I see what you are saying. I would point to your attention, however. Well, but am I right that you have defined oscillator voltage as that which comes out of the microprocessor? I would disagree. To the extent, I appreciate the language you read to us, but in context, I would say that it's the voltage of the oscillating signal, which is the signal generation circuitry. That, if you look in page 287, the purple, the fuchsia colors are also periodic output signals. The purple ones that are later down in the circuit. So I don't think we can just look at the blue and say that is the only thing in the circuit that qualifies as a periodic output signal. And I think what we see is after it leaves the driver circuit, that signal has been amplified to the 30 volts. And you think that, we've been talking about a pretty subtle point here, you think that all of this was so clearly spelled out in your petition that the board should have recognized that you had not one theory, the 18-volt theory of Schwarzbach and Chu, but two theories. The 18-volt theory and the 30-volt theory that ultimately you expressed in connection, but solely in connection with claim 94. You think that was just clear as a bell and it's an abuse of discretion for the board to have not recognized that as a separate theory? I think when you look at the reply and the clarification that was made in the reply... But it has to be under the board's rules, it has to be in the petition. You can't fix it in the reply, right? But we are allowed under this court's precedent to clarify and expand upon. And so as long as it's the same theory, with the same evidence... That's the key, is it the same theory? We would say it is, given... So can I ask you to look at 298, where this is in connection with claim 94. You say that the oscillator includes the driver circuit. Now, claim 37, you say it doesn't. So in the petition, the theory was that it did not. This is part of the petition. No, for claim 37, Your Honor. We have different definitions of oscillator for claim 37 and claim 94? They were different elements in the system method requirements. That is what the petition says, yes. Now this issue... So there's a problem, right? I mean, how do you get to the 30 volts, which occur after the driver circuit, which is laid out clearly with respect to the petition and claim 94? How, and everything else, which just points to the oscillator being the first part of it, how do you get to their surmising that 30 volts would necessarily be part of the oscillator voltage? In addition to the fact that the two claims use different terms, peak voltage and oscillator voltage, so there's a presumption that they're talking about two different things. So I think your question assumes that the oscillator voltage has to be directly exiting from the component that's called the oscillator, and we disagree with that assumption, and that is an argument that UUSI had made. There's nothing in the patent that requires that. What is the clearest statement in your petition, not the reply, that indicates what you say clearly in 94, which is the... where you say the peak voltage is what comes after the driver, what you measure after the driver circuit. So I would say the clearest thing we said in the petition alone is sort of a combination. You start with the analysis at claim 37 and 278 that talks about the output voltage of the signal generation circuitry of microprocessor... I'm sorry, what page are you reading from? 278. 278. And that would be the claim 37 discussion. So just bear with me. That says that the output voltage of the signal generator circuitry of microprocessor 90 is greater than supply. That doesn't say 30, but it refers us back to section 3.A.4, which again refers to the output voltage of the signal generation circuitry of microprocessor 90 being greater than supply. Again, I realize it doesn't say 30 there, but on the immediately previous page, when we talk about the voltage of the signal from the signal generation circuitry 90, it's the 30 volts. And I know we didn't repeat the 30, and I say we didn't have to, given how close... But you remember when you're talking about... even if we allow the overview or the preceding sections, when you talk about 264 and you talk about the 30 volts peak voltage, 30 volts talked about in 266, that's not clear, right, that you're equating that with the output voltage? So I would say a peak voltage, if we're focusing on the word peak, peak voltage is still a voltage or an oscillator voltage because it's the voltage of a signal being generated by what we're calling the oscillator in the true reference. So I wouldn't get too hung up on the peak versus not peak, because certainly a peak voltage is an oscillator voltage, and that's what the claim talks about. Well, that would have been a plausible way to explain your two theories to the board in the petition had you put it in. The problem I have is that I don't see that contention in the petition. The petition, if you read the petition with moderate care, I would say, you come away, as I did at least, thinking that 37 is based on the Schwarzbach 18 volts as being larger than the supply volts of 16, and that's the oscillator voltage, the oscillator signal, and that 94, now you look at the peak voltage, which is after the driver circuit, and that is also larger than the supply voltage of 16. But I don't see that second argument being made with respect to claim 37. That's my problem. Okay, and if I could just ask you to look at with me briefly Appendix 277, which is the Schwarzbach theory that you just referenced. Okay, and it has a concluding sentence that says, therefore, essentially, the output voltage is greater than the supply voltage. It kind of concludes that argument with that sentence, and then we go on to the next page in 278 and says, okay, here's another theory, another new paragraph that's discussed previously, and it talks about the output of oscillator 90 in 2 and kind of ends with the same kind of sentence. I know maybe it's subtle and could have been more direct, but to me that is one theory concluding with a sentence that repeats the claim language about the supply voltage being less than the oscillator voltage, and then there's a new theory on paragraph, on page Appendix 278. And this is the beginning of, this is section 37C? It's right before you get to 37C. It's still, it's like Theory 1 is on, starts with Schwarz on page Appendix 277, has the concluding sentence, and then the next page it says, as previously discussed, again, referring to the background section, we also have this output voltage of the microprocessor 90, which again was talked about as 30 volts. I actually, I don't want to try to help you out, but I actually read the best argument on your side to even precede that, to be in that first paragraph, which concludes on 277. The last sentence of the Schwarzbach paragraph says, you're doing the 18 volts, and then you're also saying, which seems like something different, which is you're pointing to the 2 is greater than the supply voltage in Microsoft 90. Or is that something else? I mean, I think the way you read that is fair. To me, when I read it, I thought the alternative argument started on page 278. I'll just be very candid. I know way over there. Let's assume that we were to conclude that you did raise the issue. I have a problem in seeing how the argument works. If you're saying that the voltages in Texas, the oscillator hasn't been shown to be greater than the input voltage to the oscillator, how do you read the claim as encompassing the amplification of the signal after it leaves the oscillator? Sure, let me talk about a couple of things there, because I think there's nothing in the patent that requires the signal that you look at to be directly exiting what you're calling the oscillator. And there's a couple of things we can point to. First, the specification in the patent talks about the amplitude of the oscillator voltage can change, and that is on Appendix 214, Column 3, Lines 51 to 56. The specification also talks about peak voltage, which inherently means the amplitude of the voltage will change. So the patent is describing these voltages generated from an oscillator as not being static. They change. It may be that peak voltage changes after it leaves the oscillator, but we're not dealing with that terminology in Claim 37. We're dealing with something which seems more naturally to be read as talking about the voltage as it leaves the oscillator. So, I would say that the part in Column 3 is just oscillator voltage having an amplitude change. And so that tells us that amplitude, an oscillator voltage can have its amplitude change and still retain its character as an oscillator voltage. There's another part of, and this is sort of analogous, another part of the specification where the supply voltage is 5 volts for the oscillator. It can be changed to 26 volts and then becomes the supply voltage again to the microcontroller. So, like, the supply voltage's amplitude can change, and that doesn't... Where are you referring to that? Sure. For that one, it takes a little bit of an effort. So, if you look at Column 12, this is on Appendix... Column 12 of the patent. Of the patent, yep. I'll kind of walk you through how the supply voltage... So, it's Appendix 218 and 219. I think you're... What I understand you're talking about is Column 13, but... That's right, but I'm going to start with Column 12, Your Honor, because that tells us that there's a supply voltage, looking at Column 12-1 through about 32. To paraphrase, it says there's a 5-volt supply voltage to the oscillator, and the oscillator generates a square wave having a 26-volt amplitude, and that 26 volts is supplied to the microcontroller. Now, we know that the microcontroller supply voltage... A supply voltage can apply to the microcontroller in plane 94, and so what we're seeing is that a supply voltage is 5 volts in supply, and it can be 26 after it's been amplified, and it's still considered a supply voltage. And so what the takeaway when you see that is... Where does it use the supply voltage term in Column 12? So, in Column 12, it doesn't specifically say this is a supply voltage, but we're just describing how the voltages are generated and then delivered to 5 volts. This is starting around Line 13 and going down a few lines? Is that what you're calling? That's right. So it says in Line 10, it says that... I mean, it's starting in 9. It says you get a square wave. It has an amplitude of 26-voltage peak, and it's then supplied by Line 201 to the microcontroller. So this 26 volts is a supply voltage to the microcontroller. So a supply voltage can be 26 volts. It doesn't cause a supply voltage. Excuse me? It doesn't cause a supply voltage. I agree. In this passage, it doesn't call it a supply voltage, but I think when we look at, you know, the board said that the supply voltage in Claim 94 is the supply voltage of the microcontroller. So what this tells us is that the supply voltage can change, and it's still considered a supply voltage, whether it be to the oscillator or to the microcontroller. And changing the amplitude, which is a pretty common function, doesn't change the fundamental character of a signal. And so, again, this is an analogy to deal with the oscillator voltage. Again, in Column 3, it talks about the amplitude of the oscillator voltage being something that can change without saying it's no longer called an oscillator voltage. Okay. I know. Thank you, Your Honor. May it please the Court. There's three reasons why the board correctly interpreted the oscillator voltage limitation in Claim 37 and found that it was not met in either Chu or Schwartzbeck. If we start with Schwartzbeck, that's easy. The petition that we've looked at at Appendix Page 277 deals with Schwartzbeck alone, and as the Court has noted, Judge Bryce noted, 30 volts is not mentioned anywhere in the section dealing with Schwartzbeck. What about the last sentence of that paragraph on 277? That's dealing with different signal generator circuitry that was the wrong signal generator circuitry. Remember, the signal generator circuitry that we're dealing with here in terms of the output of the oscillator voltage is the voltage that controls the scan signals. I don't understand what you're saying. The sentence seems to say, the output voltage of the signal generator circuitry, the oscillator voltage, is greater than the supply voltage. Yes, and that's the signal generator circuitry of Schwartzbeck. Schwartzbeck, the signal generator circuitry of Schwartzbeck that the petitioner was pointing to was signal generator circuitry that controls signals that are unrelated to scan frequency. Wait, aren't we talking about, isn't that a reference to Figure 6a in 2? No, this is just talking about Schwartzbeck, not 2. I'll get to 2 in a moment. Well, it says, the sentence itself says, in the TMS 670 microprocessor sister described in 2, that sentence doesn't say anything about Schwartzbeck. Correct, that is because the same TMS 1630 processor is used in both Schwartzbeck and 2. So what this is saying, this whole paragraph deals with Schwartzbeck and not 2. Except in the combination. Schwartzbeck and not 2, it talks about 2. But it's a continuation of Schwartzbeck. So in other words, in the combination, what the patentee said, or the petitioner said, was you take the processor of Schwartzbeck and you put it in 2 and then see what happens. But in this particular section, in dealing with 37B, the oscillating voltage limitation, in this part of the petition, the board correctly found that this was the Schwartzbeck argument. Okay, so let's move on to the paragraph on 278, which your friend called that, which does deal with 2, right? That does, let's assume that that addresses 2. I think it's ambiguous, but even aside from that, let's go back to the introductory. Assume that the petitioner raised 2. Two points. First of all, the board did essentially provide a construction of oscillator voltage, said that the parties agreed that the oscillator voltage, not surprisingly, is the output voltage of the oscillator. So in 2, what is the output voltage of the oscillator? That is, the oscillator, according to this theory, is circuitry inside the 2 microprocessor that generates a signal output frequency. There is nothing in 2 that says what that output voltage is. We know that it's a... Signal output frequency being a signal. Being a signal at a particular frequency. And there is absolutely nothing in the board said, there is nothing in, that the petitioner pointed to, in 2 that said what that is. Instead, what the petitioner pointed... What the board really said was actually things which seem not correct, that they didn't use the term oscillator, oscillator voltage, which is not correct. They used synonyms for it. They didn't use, sometimes, the word oscillator, but they're using synonyms for the same thing, which is permissible. They're using synonyms, but regardless of whether you use a synonym or not, there is still nothing in 2 that says what the output voltage of the oscillator is. Instead, the theory is that the input voltage into the input touch rows is 30 volts. That's their theory. If that's their theory, you have a driver circuit in between. You wouldn't need a driver circuit unless you were going to be amplifying what the output... But that seems to be an argument that their contention is wrong, that their theory is wrong, which may have merit, but it's not the same thing as saying they didn't raise it. I'm assuming they raised it. Well, you're assuming... Wait, now I'm really confused. Okay. You're assuming they did raise the Schwarzbach-Chu argument with respect to the analogy to Schwarzbach, to the 18 volts of Schwarzbach. That's clear, right? But the question is, did they raise the 30-volt theory? Correct, and... You said you're assuming they raised it? In response to Judge Proh's question, she asked me to assume that they raised that. Oh, I'm sorry. And so I'm saying, okay, assuming that they raised it, and I'm not conceding they did because I don't think they did, but assuming they did, why doesn't that work? Well, you're talking about the paragraph, so it's a question of what the paragraph means at the top of 278? Correct. And assuming that that means we're just looking at Chu and whether Chu discloses a supply voltage into the oscillator that's greater than the... or less than the output from that oscillator, there is no disclosure in Chu or in the combination that shows that it is. But that's a different argument. That's a merits argument. We're trying to figure out whether they raised the issue here, and the material on 277 and 278 seems to say that identifying a supply voltage and then to say that the output voltage is greater than the supply voltage. There may be an issue as to where you measure that or whether that's true or not, but they seem to raise the issue, don't they? I don't think they do because they don't mention the 30 volts exactly. On the previous page, they mentioned Schwarzbach's 18 volts. They mentioned Schwarzbach's 18 volts. Reading it, I read that to be the voltage that was greater than the 16 volts. That's the way I read it. That's the way I read it as well. Is the 30 volts that they describe as the peak voltage, is that the output voltage under Claim 37? No, it is not an output voltage under Claim 37. It is an input voltage into the touch circuitry after it's gone through the driver circuit. If the output voltage of- That's kind of a merits argument. My question is, was that argument raised and decided by the board, or was that argument not raised, or was it raised and not decided by the board? It was raised in the context of what does the output voltage of an oscillator mean. At appendix 48 through 49, the board said the output voltage of the oscillator- I'm sorry, I misspoke. The board addressed it in saying, what is an oscillator voltage? The board said, everybody agrees the oscillator voltage is the output voltage of an oscillator. It would be just like if you had a water pump. How does that construction answer the question about whether or not we're talking about before or after the driver circuit? Take, for example, a water pump, and you said, okay, this has a rating output of so many cubic feet per minute of water. You would know that that is the output voltage of what a pump produces. You wouldn't say that the output voltage of a water pump is somehow the- The output capacity of a water pump is somehow what the water volume is going into some different device down the line someplace. That's a merits argument. That's not an argument that they didn't raise it. They may be wrong, but they seem to have raised the opportunity, don't they? Again, I come back to the fact that there is nothing in appendix page 277 to 278 that talks about the 30 volts. They knew how to do it, because they did it with respect to the peak voltage in claim 94. They know how to raise this argument. Earlier on 272, which is part of this discussion of 237, they talk about, I'm sorry, not 272, on 256, which is part of this discussion of 277. They do say it resulted in a scanned pulse signal generated by the microprocessor having a peak voltage 30 volts greater than the supply voltage. That's the element in claim 94. It talks about the peak voltage of the output having a greater voltage than the supply voltage. This is, I gather, in the overview section. Overview of Schwartzbach and the combination of Schwartzbach, not specific to claim 37. Exactly. It was in the overview, and when they got to the specifics, and remember under SAS, the petitioner is confined to what they raise in the petition. The point is that they know how to do it. If they wanted to raise the 30 volts and say 30 volts is greater than the supply voltage, there's no clearer example that they knew how to do it than their discussion of claim 94 at appendix 266. They don't have that when they get to the analysis of 37B. Doesn't that depend on whether peak voltage is interpreted to be a supply voltage or not? No, the peak voltage is referring to what comes out of the microprocessor in that limitation of claim 94. Their argument on, and this is a different issue, but the argument on claim 94 that has been raised is that the output from the microprocessor, the peak voltage, is the same as what goes into the touch circuits. But again, and I know this goes to the merits, but again there is no evidence in the record that that's what happened, and in fact I don't think it does because otherwise you wouldn't need the driver circuit in CHU. I'm into my rebuttal. Is your answer, I mean, one of the key paragraphs for me is on appendix 82, which is the board's real paragraph where they're saying that they're not going to entertain petitioner's argument. And it's a little hard for me to understand, but it says, as discussed above, petitioner relies on an implicit construction of oscillator voltage to mean the output voltage of the oscillator. Well, that's something everybody agreed to. That's not controversial. And then it says no such construction, and I don't know what that refers to. No such construction is suggested or mentioned in the overview sections. No such construction meaning what? I think what that means is no such construction that somehow the output voltage of the oscillator means the input voltage of a signal going into the touch circuits after it's gone through a driver circuit. Okay, so they never related the oscillator voltage to being the 30 volts. Correct. Which are the peak voltage. That's absolutely right. That's what the board found. Did anybody, I mean, it seems to me like one way you can look at this issue is really the so-called merits issue we've been talking about here, which would have probably been preceded by request for claim construction, right? I would have thought so, but the board said we don't need to do claim construction because the petitioner said that the output, that the oscillator voltage is the output of the oscillator, and we agreed. And that's exactly what's shown, by the way, in figure 11. Well, maybe mistakenly or not, they seem to have made an assumption that the peak voltage, 30 volts, is the same as the oscillator. They did that with respect to claim 94 because claim 94 uses the term peak voltage. If you look at claim 94, the term oscillator voltage is not used in claim 94 when it talks about one thing greater coming out than what goes in. Instead, it refers to the peak voltage. Oscillator voltage is not used in claim 94. So is it your view, do you agree, if we were inclined to say that the board should have considered everything, including what was said in the overview, that the statements in the overview or the discussion of the combination up front in the petition doesn't get them there anyway? Yes. It doesn't get them there anyway. Sorry. Go ahead. I'm into my rebuttal time. I'd like to reserve the rest. I did want to raise... Well, there's nothing to reserve if you're not... You haven't argued across the board. Well, there's the cross-appeal, and then there's the board's decision to finding that there was no reasonable expectation of success in combining Meadows with Chu and Schwartzbeck. We think that that decision was correct as to both theories of... That's the main appeal, responding to the argument that they didn't get to. Correct. And that is... When you look at what the purpose of the combination was in terms of adding Meadows, there are basically two intended purposes of Meadows. One is to reduce external noise so you can detect the touch circuits, and the other is to reduce internal noise that the system might make. In terms of external noise, the board addressed that at appendix 95 through... And going on, starting at appendix 95. And that's really not in dispute. The board said that there is no way that that would work because just putting in a voltage-controlled oscillator and a pseudorandom number generator can't deal with outside noise unless you have some back-end circuitry, and there was no explanation of that back-end circuitry. So the petitioner then turned around and said, well, yeah, but there's a second reason in GIRPIDE for including this additional circuitry, and that is to reduce the noise that the device itself would make. Two problems with that. One is that there is no evidence anywhere that the device internally, if you just had the Schuh-Schwarzbach combination, that it would generate any noise, unlike Meadows, which uses an old CRT cathode ray tube, which generates a lot of noise. And secondly, the board said that even if there was some intent to reduce internal noise, which is not there, it still wouldn't work because in order to reduce that noise, what you have to do, what petitioner's experts said, is take this random number, this random generation of frequencies, and make it non-random. So right away, they're changing what Meadows says. And then the board said, if you did that so that you could actually determine where on this touchpad somebody touched, you've got a problem because now when you have made this modification to Meadows to go away from a random number signal generator to something that is at a predetermined frequency, there's no showing that it would reduce any internal noise at all. And in fact, the board explained, and this is at Appendix 93, why it probably wouldn't, because you no longer have the random frequencies that you need to eliminate internal noise. And so we think that substantial evidence does support the board's decisions on both theories and should be affirmed. Okay. All right. Thank you, Brad. I'd like to focus in on this implicit construction issue and be very clear. There is no implicit construction that the oscillator voltage had to be directly exiting whatever is the oscillator. That was not something the board addressed at all, even in the section in Appendix 48 to 49 when it just suggests there's an implicit construction. This issue arose in the server pie. This directly exiting is a requirement. To the extent there is suggestion that there was output voltage of the oscillator, it was not something that was directly outputting, because you can look at, for example, in Appendix... Well, the problem, I think, for you is that, at a minimum, there's a lack of clarity, which you as the moving party should have made clear. And that lack of clarity is amplified, excuse the expression, on Appendix 299, where the petition is talking about 94. So what the petition says, it describes the driver circuit. Chu describes that its driver circuit amplifies the pulse signals from the signal generator circuitry, current oscillator, to produce the claimed signal output frequencies, which is the 30 volts, right? It does say that there, but on Appendix 264, it says the signal generation circuitry generates... What page, I'm sorry? 264. 264. It says the signal generating circuitry generates a scanned signal with a peak voltage of 30. So elsewhere, we are saying that the oscillator, the signal generating circuitry, does, in fact, generate this scanned signal with the peak value of 30 volts. It's coupled to the touch-responsive pad. Correct. Which... But the touch-responsive pad isn't generating the signal. Well, you'd agree that there's at least some confusion or ambiguity that would inerr by reading that. Which is why the reply goes in and clarifies. But I want to focus on your question, is that the court, excuse me, the board, never addressed this claim construction issue of directly exiting. That was not something we advanced. It came up very late in the proceedings in the SIR reply. There's certainly no implicit construction from us on that, because everything we pointed to was 30 volts. So here, this issue of directly exiting is something that has not been addressed, not been fully by the board at all. And so I wanted to make sure that that issue was clear. And I think if we were to address it, I think the burden should be on UUSI, because they're taking an attribute of a preferred embodiment, which doesn't amplify after the oscillator, and forcing it into the claim that only says N oscillator voltage. Does not limit it to the voltage of a signal directly exiting the oscillator. And again, there's not lexicography, there's not a disclaimer, it's just an attribute of the embodiment of figure six. And it's wrong to use that to construe the claim in a limited way like that. I think you said, I didn't hear you exactly, but I think it should be, everything you said related to 30 volts. Did I get you right? With respect to 2 and the microprocessor 9D, we were always pointing to the 30 volts. Well, but on page 277, that's when you talk about Schwarzbach and Chu, putting them together. You point out, well, I guess we don't know from Chu alone what the output of the microprocessor was, but it's the same microprocessor, and you make that point. And then you say the microprocessor from Schwarzbach is 18 volts. And then you say the output of the microprocessor is greater than the input, which is 16 volts. It seems to me that the strong implication there is the 18 volts is greater than the 16, and there's your answer to why the oscillator voltage is higher than the supply voltage. That's certainly the case with the theory that uses the Schwarzbach and the 18 volts. Right, so the 18-volt theory is in the case. The only question is, did you raise the 30-volt theory in connection with claim 37? Correct, and when I said that when we speak of 30... I wanted to make sure that... I was not intending to exclude that other theory. Okay, I think we're out of time. Thank you, Your Honor.